**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 25-cv-23737-JB**

ELIZABETH SCHECHTMAN,

     Plaintiff,

v.

WASSERMAN MUSIC, LLC, and
WASSERMAN MEDIA GROUP, LLC,

     Defendants.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice.   ECF No. [16].

Upon due consideration of the Joint Stipulation, it is hereby **ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE**.   Each party shall bear their own attorney's fees and costs, except as otherwise provided in their settlement agreement.   The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 4th day of June, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE